RECEIVED
JUL 1 8 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SYLVESTER MARTIN,      CIVIL ACTION NO. 1:19-CV-307-P
Plaintiff

VERSUS      JUDGE DEE D. DRELL

JAMES LEBLANC, ET AL.,      MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that all claims and Defendants be DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(b) and § 1915A, except Plaintiff's excessive force claim against Warden Poret, which will be served pursuant to a separate order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 17th day of July, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE