UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SYLVESTER MARTIN,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-00307-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| JAMES LEBLANC, ET AL,<br>Defendants | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 71], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion for Summary Judgment [ECF No. 49] is hereby DENIED.

THUS, DONE AND SIGNED in Chambers on this 17th day of March 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE